UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. WATKINS,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:25-cv-1974 CSK<br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the petition filed July 15, 2025, petitioner challenges his 2019 San Joaquin County conviction for first degree murder. (ECF No. 1 at 1.) The petition raises one claim of ineffective assistance of counsel. (Id. at 4.)

Court records reflect that petitioner is proceeding with another habeas corpus petition in this court challenging his 2019 San Joaquin County conviction for first degree murder, case no. 2:22-cv-1158 WBS CKD.[1] On June 20, 2025, in case no. 2:22-cv-1158, Magistrate Judge Carolyn K. Delaney recommended that the petition be denied. On July 21, 2025 in case no. 2:22-

---

[1] This Court takes judicial notice of the court record in case no. 2:22-cv-1158. See Fed. R. Evid. 201; U.S. v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) (a court may take judicial notice of its own records in other cases).

1

cv-1158, the Honorable William B. Shubb adopted the June 20, 2025 findings and recommendations and judgment was entered. Petitioner did not raise an ineffective assistance of counsel claim in case no. 2:22-cv-1158.

The Ninth Circuit has directed that when a pro se petitioner files a new petition in the district court where an earlier-filed petition is still pending, the district court must construe the new petition as a motion to amend the pending petition rather than as an unauthorized second or successive petition. See Woods v. Carey, 525 F.3d 886, 887–90 (9th Cir. 2008). Because case no. 2:22-cv-1158 was pending when petitioner filed the instant action, this Court construes the petition filed in the instant action as a motion to amend the petition filed in case no. 2:22-cv-1158.

Accordingly, IT IS HEREBY ORDERED that:

1. The petition filed in the instant action is construed as a motion to amend the petition filed in case no. 2:22-cv-1158 CKD WBS; and

2. The Clerk of the Court is directed to file the petition filed in the instant action in case no. 2:22-cv-1158 CKD WBS as a motion to amend the petition and to close the instant action.

Dated: July 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Wat1974.ord/2

2